ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-7177
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) No. CV 13-1876-SJO(SHx) |
|---|---|
| Plaintiff, | ) **CONSENT JUDGMENT OF FORFEITURE** |
| v. | ) |
| $113,300.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |
| JONAS HELLER, | ) |
| Claimant. | ) |

On or about March 15, 2013, Plaintiff United States of America ("the government," "the United States of America" or "plaintiff") filed a Complaint for Forfeiture alleging that the

defendant $113,300.00 in U.S. Currency (the "defendant currency") is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Claimant Jonas Heller ("claimant") filed a claim to the defendant currency on or about March 21, 2013 and an answer to the Complaint on or about March 22, 2013.  No other parties have appeared in this case and the time for filing claims and answers has expired.

The government and claimant have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.   This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2.   The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

3.   Notice of this action has been given as required by law.  No appearances have been made in the litigation by any person other than claimant.  The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4.   The sum of $9,500.00 only (without interest), less any debts or other amounts owed by claimant or his attorney of record in this case which the United States of America is

entitled to offset pursuant to 31 U.S.C. § 3716,[1] shall be returned to claimant.  The remainder of the defendant currency (i.e., $103,800.00), plus the interest earned by the United States of America on the defendant currency shall be condemned and forfeited to the United States of America, which shall dispose of those funds in accordance with law.

5. The funds to be returned to claimant pursuant to paragraph 4 above shall be paid to claimant by electronic transfer directly into the client trust account of Ronald Richards, Esq., attorney of record for claimant in this case. Claimant (through his attorney of record Ronald Richards, Esq.) shall provide all information and complete all documents requested by the United States of America in order for the United States of America to complete the transfer and determine the government's right to any offset pursuant to 31 U.S.C. § 3716 including, without limitation, providing claimant's social security and taxpayer identification numbers (if any), claimant's attorney of record's taxpayer identification number, and the identity of the bank, the bank's address and the account name, account number, account type and wire transfer routing number for the Ronald Richards client trust account to which the transfer of funds is to be made.

---

[1] 31 U.S.C. § 3716, the Debt Collection Improvement Act of 1996 requires the United States of America to offset from its payments delinquent debts owed to the United States of America and delinquent debts owed to States, including past-due child support enforced by States.  For purposes of determining an offset pursuant to 31 U.S.C. § 3716, $5,000.00 of the returned amount shall be deemed to constitute attorney fees belonging to claimant's attorney of record in this case (i.e., the Law Offices of Ronald Richards & Associates, A.P.C.), while the remainder of the returned amount (i.e., $4,500.00) shall be deemed to belong to claimant.

3

6. Claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration or the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

7. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8. The Court further funds that claimant did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

Dated: October 28, 2013

*S. James Otero*

THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

CONSENT

The parties hereto consent to the above judgment and waive any right of appeal.

Dated: October 18, 2013    ANDRÉ BIROTTE JR.
                                   United States Attorney
                                   ROBERT E. DUGDALE
                                   Assistant United states Attorney
                                   Chief, Criminal Division
                                   STEVEN R. WELK
                                   Assistant United States Attorney
                                   Chief, Asset Forfeiture Section


                                   /s/ Victor A. Rodgers
                                   VICTOR A. RODGERS
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

Dated: October 18, 2013    LAW OFFICES OF RONALD RICHARDS &
                                   ASSOCIATES, A.P.C.


                                   /s/ Ronald Richards
                                   RONALD RICHARDS

                                   Attorneys for Claimant
                                   JONAS HELLER